**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **KEVIN M. MITCHELL** | * | |
| **#500399** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:05CV00273SWW/JFF |
| | * | |
| **MICHAEL RAY,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

**ORDER**

Plaintiff filed the present action *pro se* pursuant to 42 U.S.C. Section 1983 (docket entry §1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). On December 14, 2005, the Court directed Plaintiff to file an Amended Complaint within 30 days of the entry date of this Order stating: (1) how named Defendants Arnold and Mills are involved in the claims that form the basis of the Complaint; (2) whether he has been able to obtain a hygiene packet, and if so, how long he was without a hygiene packet; (3) any injury, if any, he suffered as a result of not having a hygiene packet (docket entry #3).

On December 28, 2005, Plaintiff filed a document entitled "Notice" stating "This is an amended complaint to be filed within 30 days. Plaintiff however did not set forth facts in response to the Court's Order that directed him to state: (1) how named Defendants Arnold and Mills are involved in the claims that form the basis of the Complaint; (2) whether he has been able to obtain a hygiene packet, and if so, how long he was without a hygiene packet;

(3) any injury, if any, he suffered as a result of not having a hygiene packet (docket entry #3).

In accordance with the above, IT IS, THEREFORE, ORDERED that:

1. Plaintiff is directed to file an Amended Complaint within 30 days of the entry date of this Order stating: (1) how named Defendants Arnold and Mills are involved in the claims that form the basis of the Complaint; (2) whether he has been able to obtain a hygiene packet, and if so, how long he was without a hygiene packet; (3) any injury, if any, he suffered as a result of not having a hygiene packet.

IT IS SO ORDERED this 30th day of January, 2006.

/s/ John J. Forster, Jr.
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT