IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **KEVIN M. MITCHELL** | * | |
| **#500399** | * | |
| | * | |
|     **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:05CV00273 SWW |
| | * | |
| **MICHAEL RAY,** *et al.,* | * | |
| | * | |
|     **Defendants** | * | |

## ORDER of DISMISSAL

Plaintiff Mitchell filed the present action *pro se* pursuant to 42 U.S.C. Section 1983.[1] On December 14, 2005, the Court directed Plaintiff to file an Amended Complaint within 30 days of the entry date of the Order stating: (1) how named Defendants Arnold and Mills are involved in the claims that form the basis of the Complaint; (2) whether he has been able to obtain a hygiene packet, and if so, how long he was without a hygiene packet; (3) any injury, if any, he suffered as a result of not having a hygiene packet (docket entry #3).

On December 28, 2005, Plaintiff filed a document entitled "Notice" stating "This is an amended complaint to be filed within 30 days." Plaintiff, however, did not provide any information in response to the Court's Order. On January 30, 2006, the Court issued a second Order granting Plaintiff one last opportunity to provide the information that the Court previously

---

[1] Although inmate Christopher Byram was also listed as a party Plaintiff, Mr. Byram did not file a separate Motion to Proceed *In Forma Pauperis*, and the Complaint made no reference to a violation of Mr. Byram's federally protected rights. Mail addressed to Mr. Byram sent from the Clerk's Office was returned as undeliverable less than one month after this action was filed (docket entry #5).

ordered him to provide. The copy of the Order was returned as undeliverable to the Clerk on February 6, 2006. Plaintiff has been notified of his responsibilities under Local Rule 5.5(c)(2), but he has failed to keep the Court apprised of his most recent address. Accordingly, IT IS, THEREFORE, ORDERED that this action is dismissed pursuant to Local Rule 5.5(c)(2).

DATED this 27th day of April, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE